IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-09824 ESL |
|---|---|
| EUGENIO MELENDEZ MELENDEZ<br>MILAGROS SILVA AYALA | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to increase the base of the plan.

**WHEREFORE, it is** respectfully requests to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 28th day of December of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

Case No. 10-09824-13

IN RE:

MELENDEZ MELENDEZ, EUGENIO & SILVA AYALA, MILAGROS

Chapter 13

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 10/19/2010
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: 12·28·10
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 355.00 x 24 = $ 8,520.00
$ 380.00 x 36 = $ 13,680.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 22,200.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 22,200.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,614.00

Signed: /s/ EUGENIO MELENDEZ MELENDEZ
Debtor

/s/ MILAGROS SILVA AYALA
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BPPR          Cr. _____     Cr. _____
# 71010014910676  # _____       # _____
$ 4,500.00        $ _____       $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. BBVA          Cr. _____     Cr. _____
# 13249616782865  # _____       # _____
$ 5,500.00        $ _____       $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____         Cr. _____     Cr. _____
# _____           # _____       # _____
$ _____           $ _____       $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
BPPR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____         Cr. _____     Cr. _____
# _____           # _____       # _____
$ _____           $ _____       $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (A)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PROVIDE INSURANCE TO BBVA TROUGH EASTERN AMERICAN INS CORP.

ADEQUATE PROTECTION TO BBVA IN THE AMOUNT OF $150.00

Attorney for Debtor Jose Prieto                        Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          BANCO BILBAO VIZCAYA ARGENTARIA       RECOVERY MANAGEMENT SYSTEMS CORP
0104-3                                   PO BOX 364745                         RAMESH SINGH
Case 10-09824-ESL13                      SAN JUAN, PR 00936-4745               25 SE 2ND AVE STE 1120
District of Puerto Rico                                                        MIAMI, FL 33131-1605
Old San Juan
Tue Dec 28 12:47:15 AST 2010

US Bankruptcy Court District of P.R.     BANCO BILBAO VIZCAYA ARGENTARIA PR    BBVA
U.S. Post Office and Courthouse Building ANGEL M. VAZQUEZ BAUZA                P O BOX 3671397
300 Recinto Sur Street, Room 109         PO BOX 191017                         SAN JUAN, PR 00936
San Juan, PR 00901-1964                  SAN JUAN  PR. 00919-1017


BBVA                                     BPPR                                  Banco Santander Puerto
PO BOX 364745                            P O BOX 366818                        Po Box 362589
SAN JUAN, PR 00936-4745                  SAN JUAN, PR 00936-6818               San Juan, PR 00936-2589


Bbva Puerto Rico                         COLLECTION ADV ASSO                   DORAL BANK
Pob 364745                               120 CARR 876                          P O BOX 71529
San Juan, PR 00936-4745                  TRUJILLO ALTO, PR 00976-7234          SAN JUAN, PR  00936-8629


DTOP                                     IRS                                   MONEY EXPRESS
PO BOX 41269                             P O BOX 21125                         BANKRUPTCY  DIVISION
SAN JUAN PR 00940-1269                   PHILADELPHIA, PA 19114-0325           PO BOX 9146
                                                                               SAN JUAN, PR 00908-0146


MONEY EXPRESS                            PR ACQUISITIONS LLC                   Palisades Collections, LLC
P O BOX 9146                             250 MUNOZ RIVERA AVENUE SUITE 1200    Vativ Recovery Solutions LLC
SAN JUAN, PR  00908-0146                 HATO REY PR 00918-1814                As Agent For Palisades Collections, LLC
                                                                               PO Box 19249
                                                                               Sugar Land TX 77496-9249


SEARS                                    EUGENIO MELENDEZ MELENDEZ             JOSE M PRIETO CARBALLO
P O BOX 6241                             U1 CALLE 19                           JPC LAW OFFICE
SIOUX FALLS, SD 57117-6241               URB METROPOLIS                        PO BOX 363565
                                         CAROLINA, PR 00987-7465               SAN JUAN, PR 00936-3565


JOSE RAMON CARRION MORALES               MILAGROS SILVA AYALA                  MONSITA LECAROZ ARRIBAS
PO BOX 9023884                           U1 CALLE 19                           OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-3884                  URB METROPOLIS                        OCHOA BUILDING
                                         CAROLINA, PR 00987-7465               500 TANCA STREET  SUITE 301
                                                                               SAN JUAN, PR 00901-1938


End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23
```